UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HILTON HEE CHONG, PAUL J. BURROUGHS and RICHARD O'DRISCOLL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KPMG, LLP, THE BOARD OF DIRECTORS OF KPMG, LLP, THE KPMG PENSION STRATEGY AND INVESTMENT COMMITTEE and JOHN DOES 1-30.<br><br>Defendants. | CIVIL ACTION NO.: 2:21-cv-19330 |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF CLASS FOR SETTLEMENT PURPOSES, APPROVAL OF FORM AND MANNER OF CLASS NOTICE, APPROVAL OF PLAN OF ALLOCATION, AND SCHEDULING OF FAIRNESS HEARING**

Plaintiffs, Hilton Hee Chong, Paul J. Burroughs, and Richard O'Driscoll (together, "Plaintiffs"), by and through their attorneys, and on behalf of the KPMG 401(k) Capital Accumulation Plan, formerly known as the KPMG 401(k) Plan ("Plan"), respectfully submit this Unopposed Motion for Preliminary Approval of Class Action Settlement entered into with Defendants.[1] (the "Settlement" or "Settlement Agreement"), Certification of Class for Settlement Purposes, Approval of Form and Manner of Class Notice, Approval of Plan of Allocation, and Scheduling of a Fairness Hearing ("Motion for Preliminary

---

[1] Defined in the Settlement Agreement as Defendants KPMG LLP ("KPMG"), the Board of Directors of KPMG LLP ("Board") and the KPMG Pension Strategy and Investment Committee, ("Committee"), and the Plaintiffs, on behalf of themselves, the Plan, and each of the Settlement Class members.

1

Approval") and respectfully move Court for an Order granting the relief sought. The grounds for this motion are set forth in Plaintiffs and their Counsel's declarations and the memorandum of law in support of this motion, which are submitted herewith.

      A Proposed Order is submitted herewith.

Dated: December 15, 2023                Respectfully submitted,

                                            **CAPOZZI ADLER, P.C.**

                                            */s/ Mark K. Gyandoh*
                                            Mark K. Gyandoh, Esquire
                                            312 Old Lancaster Road
                                            Merion Station, PA 19066
                                            Tel: (610) 890-0200
                                            Fax (717) 233-4103
                                            Email: markg@capozziadler.com

                                            *Lead Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2023 a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

/s/ *Mark K. Gyandoh*
Mark K. Gyandoh