UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HILTON HEE CHONG, PAUL J. BURROUGHS and RICHARD O'DRISCOLL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KPMG, LLP, THE BOARD OF DIRECTORS OF KPMG, LLP, THE KPMG PENSION STRATEGY AND INVESTMENT COMMITTEE and JOHN DOES 1-30.<br><br>Defendants. | CIVIL ACTION NO.: 2:21-cv-19330 |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs, Hilton Hee Chong, Paul J. Burroughs and Richard O'Driscoll, (together, "Plaintiffs"), by and through their attorneys, and on behalf of the KPMG 401(k) Capital Accumulation Plan, formerly known as the KPMG 401(k) Plan (the "Plan"), respectfully move this Court pursuant to FED. R. CIV. P. 23, for an Order:

1. Granting final approval to the class action settlement in this action on the terms of the Class Action Settlement Agreement ("Settlement Agreement"), fully executed on December 15, 2023 and previously filed with the Court on December 15, 2023 (ECF No. 105-1);

2. Certifying the Class as defined in the Settlement Agreement;

3. Appointing Plaintiffs as Class Representatives and Plaintiffs' Counsel Capozzi Adler, P.C. as Class Counsel under FED. R. CIV. 23(g);

1

4. Finding that the manner in which the Settlement Class was notified of the Settlement was the best practicable under the circumstances and adequately informed the Settlement Class members of the terms of the Settlement, how to lodge an objection and obtain additional information; and

5. For such other and further relief as the Court may deem just and proper.

The grounds for this Motion are set forth in the following papers filed contemporaneously herewith:

A. Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Final Approval of Class Action Settlement; and

B. Declarations of Plaintiffs' Counsel, Plaintiffs, and the Settlement/Notice Administrator.

Attached hereto is the proposed Final Approval Order and Judgment in the form agreed to by the parties and attached to the Settlement Agreement as an exhibit.

Dated: May 22, 2024                                  Respectfully submitted,

                                            **CAPOZZI ADLER, P.C.**

                                            */s/ Mark K. Gyandoh*
Mark K. Gyandoh, Esquire
312 Old Lancaster Road
Merion Station, PA 19066
Tel: (610) 890-0200
Fax (717) 233-4103
Email: markg@capozziadler.com

*Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2024 a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

/s/ *Mark K. Gyandoh*
Mark K. Gyandoh