UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HILTON HEE CHONG, PAUL J. BURROUGHS and RICHARD O'DRISCOLL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KPMG, LLP, THE BOARD OF DIRECTORS OF KPMG, LLP, THE KPMG PENSION STRATEGY AND INVESTMENT COMMITTEE and JOHN DOES 1-30.<br><br>Defendants. | CIVIL ACTION NO.: 2:21-cv-19330 |

## [~~PROPOSED~~] ORDER AWARDING PLAINTIFFS' COUNSEL ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AND PLAINTIFFS' CASE CONTRIBUTION AWARDS

This matter having come before the Court on **July 22, 2024**, on the application of Class Counsel for an award of attorneys' fees and reimbursement of expenses incurred in the Action and for Case Contribution Awards for Plaintiffs, having considered all papers filed and proceedings conducted herein, *and for the reasons set forth on the record in July 22, 2024;* having found the settlement for this Action to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefore: *and for good cause shown;*

**IT IS HEREBY ORDERED AND ADJUDGED:**

1

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Class Action Settlement Agreement ("Settlement Agreement") executed March 3, 2024, and filed with the Court.

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Settlement Class.

3. Plaintiffs' Class Counsel are hereby awarded attorneys' fees of $ 216,645.00 and reimbursement of expenses in the sum of $ 56,845.26 (the "Attorneys' Fees and Expenses"), to be paid from the Gross Settlement Amount. The Court finds that the amount of fees awarded is appropriate and that the amount of fees awarded are fair and reasonable given the substantial risks of non-recovery, the time and effort involved, and the result obtained for the Settlement Class.

4. Each of the Named Plaintiffs is awarded $10,000.00 as a Case Contribution Award, as defined in the Settlement Agreement, in recognition of their contributions to this Action.

SO ORDERED this 22nd day of July, 2024.

_____
U.S. Magistrate Judge Michael A. Hammer